**ORDERED in the Southern District of Florida on February 28, 2025.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ATLANTIC HILLS, LLC, | : | CASE NO. 23-17432-EPK |
| SUPERIOR STREET POWER SPORTS, LLC, | : | CASE NO. 23-17433-EPK |
| SUPERIOR STREET GOLF CARTS, LLC, | : | CASE NO. 23-17434-EPK |
| | : | |
| Debtors. | : | |

**ORDER DISMISSING CASES**

This matter came before the Court on February 26, 2025 on the United States Trustee's Motion to Dismiss or Convert Cases to Chapter 7 (ECF #175). The Debtors do not oppose the dismissal of these Chapter 11 cases. The Court, having heard the comments of those present at the hearing, having reviewed the pleadings, noting the consent of the Debtors and taking specific judicial notice of the entire contents of the Court file herby orders:

1. These jointly administered Chapter 11 cases are dismissed.
2. All pending motions are denied as moot and all hearings are cancelled.
3. The Debtors shall each pay the United States Trustee the appropriate sum required

pursuant to 28 U.S.C. Section 1930(a)(6) within ten (10) days of the entry of this Order and simultaneously file with the Court the monthly operating reports through the date of this order using the appropriate monthly operating report.

4. Each Debtor shall pay the Bankruptcy Clerk of Court any outstanding fees, costs and charges in connection with these cases within ten (10) days of entry of this order.

5. The Court shall retain jurisdiction to interpret and enforce the provisions of this Order.

####

Submitted by:
Heidi A. Feinman
Office of US Trustee
51 SW First Ave., Suite 1204
Miami, FL 33130

**ALL CREDITORS AND PARTIES IN INTEREST (BY CLERK'S OFFICE)**